UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES SKINNER,

        Plaintiff,

v.

JOSEPH LEHMAN,

        Defendant.

Case No.  C05-5061RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the courts order to provide service documents.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 27th day of April, 2005.

                                                      Robert J. Bryan
                                                      U.S. District Judge

ORDER
Page - 1