UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES SKINNER,

        Plaintiff,

       v.

JOSEPH LEHMAN,

        Defendant.

Case No. C05-5061RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint is **DISMISSED WITH PREJUDICE** as time barred and frivolous. Contrary to plaintiffs' assertions he was released on his earned early release date and that date was more than three years prior to the filing of this action.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 7th day of October, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1